UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

                            Plaintiff,

- against -

GEORGE AMELLER, et al.,

                            Defendants.
---------------------------------------------------------X

97 Civ. 2971 (FB)(JMA)

**JUDGMENT**
**(GEORGE AMELLER)**

An Order of the Honorable Frederic Block, United States District Judge, having been executed on December 5, 1997; with no objections having been filed; adopting the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, entering Judgment against defendant George Ameller in the amount of $3,297.80, comprised of $3,100.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant George Ameller in the amount of $3,297.80, comprised of $3,100.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       10/3/01, 2005

Robert C. Heinemann
Clerk of the Court