UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   97 Civ. 2971 (FB)(JMA)

                Plaintiff,   **JUDGMENT**
                              **(RAFAEL RODRIGUEZ)**

      - against -

GEORGE AMELLER, et al.,

                Defendants.
-----------------------------------------------------------X

      An Order of the Honorable Frederic Block, United States District Judge, having been executed on December 5, 1997; with no objections having been filed; adopting the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, entering Judgment against defendant Rafael Rodriguez in the amount of $2,547.80, comprised of $2,350.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

      ORDERED and ADJUDGED that the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Rafael Rodriguez in the amount of $2,547.80, comprised of $2,350.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
        10/3/0_, 2005

                                  s/Frederic Block, USDJ

                                  Robert C. Heinemann
                                  Clerk of the Court