UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   97 Civ. 2971 (FB)(JMA)

       Plaintiff,  **JUDGMENT**
            **(ROBERT MELENDEZ)**

  - against -

GEORGE AMELLER, et al.,

      Defendants.
-----------------------------------------------------------X

  An Order of the Honorable Frederic Block, United States District Judge, having been executed on December 5, 1997; with no objections having been filed; adopting the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, entering Judgment against defendant Robert Melendez in the amount of $1,897.80, comprised of $1,700.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

  ORDERED and ADJUDGED that the November 3, 1997, Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Robert Melendez in the amount of $1,897.80, comprised of $1,700.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $197.80 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
   10/3/05, 2005

              s/Frederic Block, USDJ
              ~~Robert C. Heinemann~~ USDJ
              ~~Clerk of the Court~~